6 A.3d 982

IN THE MATTER OF LARRY BRONSON, AN ATTORNEY AT LAW (ATTORNEY NO. 263911970).

November 18, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–435, concluding that **LARRY BRONSON** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1970, and who has been temporarily suspended from the practice of law since January 23, 2008, should be reprimanded for violating *RPC* 1.15(a) (maintaining personal funds in attorney

trust account other than funds sufficiently reasonable to pay bank charges), *RPC* 1.15(d) (failure to comply with recordkeeping provisions of *Rule* 1:21–6), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **LARRY BRONSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.